UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **F.J.C.G.**,<br><br>　　　　Petitioner,<br><br>v.<br><br>**KRISTI NOEM,** Secretary of the U.S. Department of Homeland Security; and **PAMELA BONDI,** Attorney General of the United States, in their official capacities,<br><br>　　　　Respondents. | Case No. 1:25-cv-04107 |

## **TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioner's Motion for a Temporary Restraining Order:

In order to preserve the status quo and prevent irreparable harm to Petitioner and to preserve the record and to hold further proceedings on this matter and, pursuant to 28 U.S.C. § 1651, in order to preserve this Court's jurisdiction in this matter and pursuant to Federal Rule of Civil Procedure 65(b), it is therefore,

**ORDERED** that Petitioner's Motion for a Temporary Restraining Order is hereby GRANTED IN PART without notice, due to the extreme speed at which removal from the United States may occur and the irreparable consequences of the Court's potential loss of jurisdiction; and that Respondents, their agents, representatives, and all persons or entities acting in concert with them are hereby:

1. **ORDERED**, pending further order of this Court, not to remove Petitioner from the United States, including under the Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De

    Aragua";

2. **ORDERED**, pending further order of this Court, to provide Petitioner, as well as counsel, with notice of any designation of an Alien Enemy under the Proclamation during the pendency of these proceedings;

3. **ORDERED**, that Petitioner's counsel is directed to serve Respondents with a copy of the petition for a writ of habeas corpus, the motion for temporary restraining order and all accompanying papers, along with a copy of this Order, by email to the United States Attorney's Office for the Northern District of Illinois, and promptly to file proof of such service on the docket;

4. **ORDERED**, this matter is set for a status hearing on May 1, 2025 at 9:30am.

It is further **ORDERED** that Petitioners shall not be required to furnish security for costs.

Entered on 17th, of April 2025, at 10:20 a.m.

_____
Honorable Robert W. Gettleman